**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

VICTOR FLORES,

Plaintiff,

v.

ANOKA COUNTY, SHERIFF PODANY, LT. PACHOLL, SGT. HENDRICKSON, CORPORAL POSPISIO, SEVEN UNKNOWN DEFENDANTS,

Defendants.

Civil No. 00-288 (JRT/ESS)

**REPORT & RECOMMENDATION**

---

Plaintiff, a prisoner at the Federal Correctional Institution, Waseca, Minnesota, has filed a complaint alleging that the Defendants violated his federal constitutional rights, and he seeks relief under 42 U.S.C. § 1983. Plaintiff is apparently a Mexican citizen, and he contends that while incarcerated at the Anoka County (MN) jail he was unable to speak "uncensored" with attorneys from the Mexican Consulate. Plaintiff paid the full $150 filing fee, and he has not filed an application to proceed in forma pauperis (IFP).

On April 19, 2000, Plaintiff requested an order directing the U.S. Marshal to effect service of process on the Defendants. The Court denied this motion on the ground that pursuant to 28 U.S.C. § 1915(d), Plaintiff was not eligible for service by the Marshal. The Court noted that Plaintiff could effect service under the waiver provisions of Fed. R. Civ. P. 4(d) or, in the alternative, file an IFP application. Plaintiff, however, has done neither, and the time limit for service of process has run. See Fed. R. Civ. P. 4(m). In an order dated June 26, 2000, the Court ordered Plaintiff to show cause why he has been unable to effect service of process on the defendants.



FILED JUL 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Instead, Defendant submitted a request to withdraw his suit. Under Fed. R. Civ. P. 41(a)(1)(i) Plaintiff may voluntarily dismiss this action without order of the court before service by the adverse party of a responsive pleading. Plaintiff has effectively done so, and his request to withdraw his action should be granted.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY RECOMMENDED** that:

This action be dismissed without prejudice.

Dated: July 19 2000

E. S. SWEARINGEN
United States Magistrate Judge