# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Victor Flores

Case No Civil 00-288JRT/ESS

v.

**JUDGMENT IN A CIVIL CASE**

Anoka County, Sheriff Podany
Lt. Pacholl, Sgt Hendrickson,
Corporal Pospisio, Seven Unknown
Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.

DATE: August 25, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk